No. 99–2063.  VOGT *v.* CHURCHILL; and VOGT *v.* COMMISSIONER, MAINE DEPARTMENT OF HUMAN RESOURCES.  Sup. Jud. Ct. Me. Certiorari denied.

No. 99–2064.  ARMENDARIZ *v.* CITY AND COUNTY OF DENVER. C. A. 10th Cir.  Certiorari denied.

No. 99–2065.  LEON GUERRERO *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 99–2066.  BROWN *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 99–2069.  KLINE *v.* DOW JONES & CO., INC., ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 99–2070.  STERN *v.* SIEGEL ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 99–2073.  BAYLISS *v.* UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 99–2074.  AZIZ *v.* GROVE CITY COLLEGE.  C. A. 3d Cir. Certiorari denied.

No. 99–2075.  PASSMORE *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 99–2076.  ROSCOE ET UX. *v.* FEDERAL HOME LOAN MORTGAGE ASSOCIATION ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 99–2080.  GILLMAN KNITWEAR CO., INC. *v.* SEGRETS, INC. C. A. 1st Cir.  Certiorari denied.

No. 99–2081.  SHAHID *v.* INTERNAL REVENUE SERVICE ET AL. C. A. 5th Cir.  Certiorari denied.

No. 99–2083.  MORENO GALLEGOS *v.* MT. SINAI MEDICAL CENTER ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 99–2084.  CITY OF LOS ANGELES *v.* ALI.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.